IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES BRONSON BELVAL,

    Plaintiff,

v.        CASE NO. 4:10-cv-00151-SPM -GRJ

GILMORE, et al,

    Defendants.

_____/

## **REPORT AND RECOMMENDATION**

Plaintiff brings this cause of action pursuant to 42 U.S.C. §1983 alleging denial of medical care at the Leon County Jail; specifically, that the jail's policy of administering insulin to diabetic inmates was unconstitutional. (Doc. 6). By Order dated August 4, 2010, Plaintiff was directed to file an amended complaint and advised of certain deficiencies in his pleading. (Doc. 14). Plaintiff sought an extension of time to comply with this order (doc. 17), which was granted. (Doc. 18). However, the Order granting the extension of time was returned as undeliverable (doc. 19), and no forwarding address was provided nor has one been found in any of the local prison directories. Plaintiff's last known address was Lowndes County Jail in Valdosta, Georgia. (Doc. 8).

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626 (1962); Eades v. Alabama Dept. of Human Resources, 298 Fed. Appx. 862 (11th Cir. 2008) (district court has discretion to dismiss case *sua sponte* where plaintiff has failed to comply with court orders and was on notice that such failure may result in dismissal). Fed. R. Civ. P. 41(b) also

authorizes a district court to dismiss an action for failure to obey a court order.

Plaintiff has failed to comply with an order of this Court directing that he file an amended complaint (docs. 14 and 18); he was advised that failure to comply with the Order may result in a recommendation that his case be dismissed; and he has failed to keep the Court advised of his current address. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

At Gainesville, Florida, this 15th day of September, 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**