IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES BRONSON BELVAL,

    Plaintiff,

vs.                                CASE NO. 4:10-CV-151-SPM/GRJ

LEON COUNTY JAIL, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 21), which recommends that Plaintiff's complaint should be dismissed without prejudice for failure to prosecute. Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff, who is pro se, filed an objection (doc. 30). Pursuant to Title 28, United States Code, Section 636(b)(1), I have conducted a de novo review of the sections of the report to which objections have been made. I find that the Report and Recommendation is correct and should be adopted.

Plaintiff has failed to comply with the Court's orders (docs. 14, 18) that he file an amended complaint, despite a previous extension of time. Plaintiff states

in his objection that he has been unable to do so because he was released from the Leon County Jail, but rearrested and confined in Georgia. However, multiple attempts of the Court to contact the Plaintiff by mail have been returned as undeliverable. Plaintiff has failed to keep the Court advised of his present address, and has neglected to prosecute this action.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 21) is *adopted* and incorporated by reference into this order.
2. This case is dismissed without prejudice for failure to prosecute.
3. All pending motions are denied as moot.

DONE AND ORDERED this thirteenth day of October, 2010.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge